Martin *et al. v.* Smith.

From the Knox Circuit Court.

*W. H. De Wolf* and *C. A. Beecher*, for appellant.

*W. B. Robinson* and *Denny & Burns*, for appellee.

———————◆———————

MARTIN ET AL. *v.* SMITH.

SUPREME COURT.—*Brief.*—*Practice.*—Where, on appeal to the Supreme Court, the brief of the appellant neither states nor discusses any question arising on the record, the judgment will be affirmed.

From the Warren Circuit Court.

*J. W. Sutton* and *W. P. Rhodes*, for appellants.

*J. McCabe* and *L. T. Miller*, for appellee.

BIDDLE, J.—On the 19th day of April, 1875, two years and a half ago, the appellants placed on file in this case, what they called a brief, in which they neither state nor

discuss a single point made in the record, since which time no brief has been filed on their behalf.

We have often decided that such points as are not presented by the briefs will not be examined by this court, but held as waived by the parties.

In accordance with this rule, the judgment is affirmed, at the costs of the appellants, with ten per cent. damages.